"B"

FEDERAL DETENTION CENTER, HONOLULU, HAWAII
PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY NO. <u>1112591-F1</u>

| <u>BRENHA, Jack</u> | <u>12265-122</u> | <u>5A</u> |
|---|---|---|
| INMATE NAME | REGISTER NUMBER | UNIT |

This is in response to your Request for Administrative Remedy, number 1112591-F1, received in this office on March 04, 2022. Specifically, you indicate your FSA needs were not properly corrected. As relief, you request your FSA status be updated as eligible.

On March 01, 2022, you were informed by the Unit Team your FSA needs have been determined by your completion of the necessary surveys through the Trulincs system and you have been added to the appropriate wait lists for requested groups through Psychology Services. Psychology Services informed you your psychology FSA needs were no longer in refusal status and you have been added to the wait lists for the groups you had previously requested.

Therefore, your Request for Administrative Remedy is granted. If you are dissatisfied with this response, you may file an appeal with the Regional Director at the Western Regional Office addressed at: 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received by the Regional Office within 20 calendar days of this response.

_____     3-14-2022
Estela Derr, Warden                 Date